IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02263-WYD-CBS

CAROLE LUDWIG, individually and as the PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAM L. LUDWIG, JR.,

    Plaintiff,

v.

U.S. BANCORP, d/b/a U.S. BANK;
UNION SECURITY LIFE INSURANCE COMPANY; and
AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant U.S. Bancorp. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: December 10, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge