IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02263-REB-CBS

CAROLE LUDWIG, individually and as the PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAM L. LUDWIG, JR.,

    Plaintiff,

v.

U.S. BANCORP, d/b/a U.S. BANK,
UNION SECURITY LIFE INSURANCE COMPANY, and
AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice** [#26], filed February 28, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#26], filed February 28, 2008, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 3, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**